☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   **Dedrick Woods**                                             Case No. **19-27627**

Debtors:                                                               **Chapter 13**

## CHAPTER 13 PLAN

**ADDRESS:**   (1) **9346 Cedar Brook Cv**                  (2) _____
              **Cordova, TN 38016**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **318.00**   ☐ weekly, ☐ every two weeks, ☑ semi-monthly, or ☐ monthly, by:
☑ PAYROLL DEDUCTION From:   **Shelby County Government Memphis, TN 38103**   OR ( ) DIRECT PAY

**Debtor(2)** shall pay $ _____   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From: _____   OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☑ YES   ☐ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                              Monthly Plan Payment:

| | | |
|---|---|---|
| **Shelby County Child Support Office** | Paid by: ☐ Debtor(s) directly ☑ Wage Assignment, OR ☐ Trustee to: ongoing payment begins   To be paid outside of plan via wage assignment | $**0.00** |
| | Approximate arrearage:   **0.00** | $**0.00** |

**5. PRIORITY CLAIMS:**

**-NONE-**                                     Amount _____                $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**           ongoing payment begins _____                          $ _____
                   Approximate arrearage: _____   Interest _____        $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Conn's HomePlus** | **324.00** | **7.25** | $**7.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **American Credit Accept** | **22,193.00** | **7.25** | $**443.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Havenbrook Homes, LLC** | 3,354.46 | 0.00 | $56.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None            ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $7,463.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐   0.00   %, OR,
☑   **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**Havenbrook Homes, LLC**: Residential lease            ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

   ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ B. David Sweeney                                             Date  October 8, 2019            .
B. David Sweeney 012821
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**